No. 72–5880. GREEN, AKA LEWIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5979. McMANUS ET AL. v. LOUISIANA. Sup. Ct. La. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 71–1672. GUTHRIE ET AL. v. ALABAMA BY-PRODUCTS CO. ET AL. C. A. 5th Cir. Motion of Environmental Defense Fund for leave to file brief as *amicus curiae* granted. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE WHITE would grant certiorari.

No. 72–245. SCARBOROUGH v. MISSISSIPPI. Sup. Ct. Miss. Motion to dispense with printing petition granted. Certiorari denied.

No. 72–690. HYLAND v. PAROLE AND COMMUNITY SERVICES DIVISION, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 72–784. PERSICO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 72–850. MANNING ET AL. v. GENERAL MOTORS CORP. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.